IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL D. YAZZIE,

        Plaintiff,

v.                                                                 No. CV 19-503 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

        Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner's *Unopposed Motion to Seal Administrative Record* (the "Motion"), (Doc. 14), filed September 6, 2019. The Court, having read the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS HEREBY ORDERED** that the administrative record lodged by Defendant Commissioner in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE