# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PAUL D. YAZZIE,

        Plaintiff,

v.                                                                                                                     No. CV 19-503 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that**:**

(1)       Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **November 12, 2019;**

(2)       Defendant shall file a Response on or before **January 13, 2020;**

(3)       Plaintiff may file a Reply on or before **January 27, 2020;**

(4)       All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)       **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE