IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL D. YAZZIE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　No. CV 19-503 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 19), filed January 9, 2020. Having reviewed the Motion, and noting it is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant is granted through February 12, 2020, to serve his Response, and Plaintiff through February 26, 2020, to serve his reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE