**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PAUL D. YAZZIE,

       Plaintiff,

v.                                                     No. CV 19-503 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

       Defendant.

<u>**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO REVERSE AND REMAND**</u>

      **THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (the "Motion"), (Doc. 22), filed January 21, 2020. The Court, noting that the Motion is unopposed, finds the Motion is well-taken and should be **GRANTED**.

      The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed. Upon remand, the Appeals Council will remand the matter to a different Administrative Law Judge for a *de novo* hearing and a new decision.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE