IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL D. YAZZIE,

    Plaintiff,

v.                                                       No. CV 19-503 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion to Reverse and Remand*, (Doc. 22), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE